NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0453

ANGELA R. BROUSSARD

VERSUS

ROUNSEY LEE, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 995746
HONORABLE PATRICK LOUIS MICHOT, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of Sylvia R. Cooks, John D. Saunders, and Jimmie C. Peters, Judges.

AFFIRMED IN PART, MODIFIED IN PART.

Bennett Boyd Anderson Jr.
Anderson & Broussard
P. O. Box 3524
Lafayette, LA 70502-3524
(337) 237-6100
Counsel for: Plaintiff/Appellant
    Angela Broussard

**Nan Maria Landry**
**Attorney at Law**
**2014 W. Pinhook Rd., #403**
**Lafayette, LA 70508**
**(337) 234-7200**
**Counsel for: Defendant/Appellee**
     **American Central Ins. Co.**
     **Rounsey Lee**
     **Southern Structures, Inc.**

**Walter John Rippas**
**Attorney at Law**
**P. O. Box 2909**
**Lafayette, LA 70502**
**(337) 261-0667**
**Counsel for: Plaintiff/Appellant**
     **Angela Broussard**

**Brenda L. Mistrot**
**Law Office of Nan M. Landry**
**2014 W. Pinhook Rd., #403**
**Lafayette, LA 70508**
**(337) 234-7200**
**Counsel for: Defendant/Appellee**
     **American Central Ins. Co.**
     **Rounsey Lee**
     **Southern Structures, Inc.**

**Michael Scott Harper**
**Anderson & Broussard**
**P. O. Box 3524**
**Lafayette, LA 70502**
**(337) 237-6100**
**Counsel for: Plaintiff/Appellant**
     **Angela Broussard**